PAUL E. ISENBERG, as Administrator, etc., of MYRL ISENBERG, Deceased, Respondent, v. WILLIAM SUMMERHAYS SONS CORPORATION, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

IRENE BONIFACE and HENRY J. BONIFACE, Respondents, v. ONG LEE, Doing Business under the Assumed Name " LIN FAR RESTAURANT," Appellant.— Orders affirmed, with costs. (See *Franczak* v. *State of New York*, 259 App. Div. 786.) All concur. (The orders of Monroe County Court affirm judgments of the Rochester City Court, Civil Branch, for plaintiffs in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ALFRED L. PINE, Respondent, v. EASTERN FARMS PRODUCTS, INC., Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs, to the appellant to abide the event, on the ground that the finding that defendant obligated itself to make an equal division of these milk checks is against the weight of the evidence. All concur. (The judgment is for plaintiff in an action to recover for milk sold and delivered. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

NICHOLAS DEROSA, Respondent, v. CHARLES MARKASON and ANTHONY MARKASON, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $800, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is together with the order, affirmed, without costs of this appeal to any party. All concur, except Dowling, J., not voting. (The judgment is for plaintiff in an action for damages for personal injuries sustained by reason of an attack by a vicious dog. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

RUTH MARTINEAU, as Administratrix, etc., of MARJORIE FAILEN, Deceased, Appellant, v. THE CITY OF SYRACUSE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for damages for death of plaintiff's intestate by reason of drowning in a swimming pool.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HELEN NEVILLE, Appellant, Respondent, v. FRANK NEVILLE, Respondent, Appellant.— Judgment in so far as it denies a separation to plaintiff affirmed, without costs, and judgment in so far as it directs defendant to pay support and maintenance for plaintiff reversed on the law, without costs, and the complaint dismissed, without costs. (See *Ainsworth* v. *Ainsworth*, 239 App. Div. 258, and *Fein* v. *Fein*, 261 N. Y. 441.) All concur, except Dowling, J., not voting. (The judgment denies a separation to plaintiff but directs defendant to pay for her support and maintenance.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [174 Misc. 762.]

EMMETT W. COCHRANE and EDNA M. COCHRANE, Appellants, v. SAM F. NIXON, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an injunction action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.